UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Yusuf Dixon

Write the full name of each plaintiff.

_____CV_____
(Include case number if one has been assigned)

-against-

Joseph Biden
Kamala Harris; Alejandro Mayorkas; Eric Adams
Keechant L. Sewell

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

**COMPLAINT**

Do you want a jury trial?
☐ Yes   ☐ No

**RECEIVED**
JAN 10 2023
PRO SE OFFICE

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☐ **Federal Question**

☐ **Diversity of Citizenship**

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

Defamation of Character 28 U.S. Code 4101
Conspiracy to murder 18 U.S. Code § 1117
Conspiracy to Defraud the United States
36 CFR § 2.32 Interfering with Agency Functions (Dealings in obscene matter

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _____, is a citizen of the State of
            (Plaintiff's name)

_____

(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, __Joseph Biden__, is a citizen of the State of
(Defendant's name)

__Pennsylvania__

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If the defendant is a corporation:

The defendant, __Joseph Biden__, is incorporated under the laws of the State of __Washington D.C__

and has its principal place of business in the State of __White House, Washington DC__

or is incorporated under the laws of (foreign state) __United States__

and has its principal place of business in __White House__.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

__Yusuf__   __F__   __Dixon__
First Name   Middle Initial   Last Name

__296 94th Ave__   __(mailing only)__
Street Address

__New York__   __New York__   __10001__
County, City   State   Zip Code

__646-964-8421__   __Yusufdixon1980@Gmail.com__
Telephone Number   Email Address (if available)

Page 3

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:
First Name: Joseph
Last Name: Biden
Current Job Title (or other identifying information): President
Current Work Address (or other address where defendant may be served): 1600 Pennsylvania Avenue NW,
County, City: Washington
State: DC
Zip Code: 20500

Defendant 2:
First Name: Kamala
Last Name: Harris
Current Job Title (or other identifying information): VP President
Current Work Address (or other address where defendant may be served): 1600 Pennsylvania Avenue NW
County, City: Washington
State: DC
Zip Code: 20500

Defendant 3:
First Name: Alejando
Last Name: Mayorkas
Current Job Title (or other identifying information): Secretary of the Department of Homeland Security
Current Work Address (or other address where defendant may be served): 2707 Luther King Jr Ave SE
County, City: Washington
State: DC
Zip Code: 20528-0525

Defendant 4: **Eric Adams**
First Name / Last Name

Mayor of New York
Current Job Title (or other identifying information)

City Hall Park,
Current Work Address (or other address where defendant may be served)

New York / New York / 10007
County, City / State / Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: Presidential debate "2020", Shelter Systems

Date(s) of occurrence: Sept 29, 2020, Multiple other Dates

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

Defamation of character 28 U.S. Code 4101
Conspiracy to murder 18 U.S. Code § 1117
Interfering with Agency Funtions 36 CFR § 2.32 (Dealings in obcenne matter)
18 U.S.C § 371 Conspiracy to Defraud the United States
18 U.S. Code § 242 · Deprivation of rights under color of Law

Conspiring with People, Companys, Police, And other Government officials, to cause bodily harm, And has a result people got hurt.

They are Interfering in family court, criminal court, D.S.S, C.P.S Shelter And the United State's Corporation.
And with this conspiracy D.H.S., And All Shelter Are Not letting me stay, So I'm having to Live in the streets, luckly I have a gym membership, And storage, So I can keep clean,

Page 5

18 U.S. Code § 2381 = Treason
~~,~~ Obstructing or Impairing Legitimate Government Activity
18 U.S.C

### INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Stabbed; Jailed; Homeless;
Mental And Physical Abuse; Which means (Mental) is Not seeing My Son, (Physical) is Stabbed; Jailed And Almost Killed Multiple times.
And My Son AS, And still is being Mental & Physical Abuse, by his Mother, And the court is not doing there Job.

### IV. RELIEF

State briefly what money damages or other relief you want the court to order.

Full Investigation
Get ME And My Son some where Safe; Fort Worth Texas BASS
Undisclosed amount

Page 6

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 1/9/2023

Plaintiff's Signature: IREP: Yusuf Dixon  JCC 1-308

First Name: REP: Yusuf
Middle Initial: F
Last Name: Dixon

Street Address: 296 9th Ave (mailing only)

County, City: New York
State: New York
Zip Code: 10001

Telephone Number: 646-964-8421
Email Address (if available): yusufdixon1976@gmail.com

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes   ☐ No

   If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

 Gmail                                                                                   Yusuf Dixon <yusufdixon1978@gmail.com>

## LIFE OR DEATH
3 messages

**Yusuf Dixon** <yusufdixon1978@gmail.com>                                                          Mon, Jun 20, 2022 at 9:24 PM
To: contactnewscentre@un.org
Cc: inquiries@un.org
Bcc: jyellen@gmail.com

I'M GOD

                                        DATE of BIRTH
BENEFICIARY / OWNERSHIP
                                              03/04/1978
REP: YUSUF of AMERICA        ( "DIXON" )
                                        FILED
UCC 1-308
                                              03/10/1978


                                                                                        LIFE OR DEATH
                                                                                          06/21/2022

TO: UNITED NATIONS, JANET YELLEN ( "TREASURY" ), JOSEPH BIDEN ( "WHITE HOUSE" ), and
to whom it may concern;

Being the ( ONE ) that can read minds and talk through the ( T.V ), ( UNITED STATES ) "person" and other Individual's
are utiliZing this to try and control the ( UNITED STATES ) "person" and other Individual's In ( MY COUNTRY )
"AMERICA"; REP: YUSUF of AMERICA (UCC 1-308), not only by trying to use my son to control me, So that way they
can try to control "person" within ( UNITED STATES ) and also "C.I.A", "N.S.A", "F.B.I".
Central Intelligence agency, National security agency, Federal bureau of Investigation.
National security EMERGENCE, DO to multiple facts and multiple Incidences to where people are going to start getting
hurt ( have been getting hurt ), This corruption within the ( UNITED STATES )
"VESSEL'(S)" ( system ).
 NOW I REP: YUSUF of AMERICA ( VESSEL'(S) ) ucc 1-308, Am requesting ( EMERGENCY ASSISTANCE ), not
only am I in danger, MY SON, MY COUNTRY ( AMERICA ). WE are no longer safe in MY COUNTRY, and "JOSEPH
BIDEN", and ( UNITED STATES ) "person(s)" know this and are not taking the proper steps (action), to ensure ( ME )
and MY ( SON ) ( SAFETY ), WHICH as of right now I'm wondering the highways, Cause I have NO where safe to GO,
YOU'LL should know already because it's all over the ( T.V ).

                                                                                        EXHIBIT E
                                                                                        "SECTION 702"
( UCC 1-308 ) Pursuant to section 702 of ( THE FOREIGN INTELLIGENCE SURVEILLANCE ACT of 1978 ), as
amended. ( fisA or " THE ACT ), C.I.A will follow, the following minimization procedures.


                                                                                        REP: YUSUF of AMERICA
                                                                                        UCC 1-308
                                                                                        CHAPTER 115
                                                                                        "SECTION 2381-2391"

THIS FULLS UNDER ( TREASON ) and I'm ( ORDERING ACTION ) be taking. "MARTIAL LAW" TO THE HIGHEST
LEVEL.